| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>JEREMY W. FAITH (SBN 190647)<br>NOREEN A. MADOYAN (SBN 279227)<br>MARGULIES FAITH, LLP<br>16030 Ventura Blvd., Suite 470<br>Encino California 91436<br>Telephone: (818) 705-2777<br>Facsimile: (818) 705-3777<br>Email: Noreen@MarguliesFaithLaw.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Howard B. Grobstein, Chapter 7 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**SEP 07 2017**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill    **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*RIVERSIDE* DIVISION**

| In re:<br><br>EVER RAMIREZ BARRETO,<br><br><div align="right">Debtor(s)</div><br>HOWARD B. GROBSTEIN, Chapter 7 Trustee,<br><br><div align="right">Plaintiff(s)</div><br>vs.<br><br>MAGDALENA BARRETO TAPIA, an individual; and IBAN BARRETO HERNANDEZ, an individual,<br><br><div align="right">Defendant(s)</div> | CASE NO.: 6:17-bk-10273-MH<br>CHAPTER: 7<br>ADVERSARY NO.: 6:17-ap-01072-MH<br><br>**DEFAULT JUDGMENT**<br>**(WITHOUT PRIOR JUDGMENT)**<br><br>DATE: August 30, 2017<br>TIME: 2:00 p.m.<br>COURTROOM: 303<br>PLACE: United Sates Bankruptcy Court<br>       3420 12th Street<br>       Riverside, CA |

Based on the Defendants' failure to respond to the Complaint, the court renders its judgment as follows:

1. Judgment shall be entered in favor of Plaintiff (*specify name*): Howard B. Grobstein
   and against Defendant (*specify name*): Magdalena Barreto Tapia

2. a. ☐ Plaintiff is awarded damages in the following amount:       $ _____
   b. ☐ Plaintiff is awarded costs in the following amount:       $ _____
   c. ☐ Plaintiff is awarded attorney fees in the following amount:       $
   d. ☐ Plaintiff is awarded interest at the rate of _____% per year from the following date to the date of entry of this judgment (*specify date from which interest shall begin to run*): _____

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*  Page 1  F 7055-1.2.DEFAULT.JMT

    e.  ☒ Plaintiff is granted the following relief (*specify*):

(1) The grant deed recorded on November 10, 2016 in Riverside County as Instrument Number 2016-0502188 (the "Transfer") is avoided pursuant to 11 U.S.C. §§ 548(a)(1)(A) and (a)(1)(B);

(2) The Plaintiff may recover the Transfer pursuant to 11 U.S.C.§ 550; and

(3) The Defendants must turnover the Ivanhoe Property pursuant to 11 U.S.C. § 542.

☐ See attached page

3. ☐ This judgment or claim is determined to be non-dischargeable under:  ☐ Bankruptcy Code §523(a) _____
    ☐ Other (*specify*):

4. ☐ The court further orders:

☐ See attached page

###

Date: September 7, 2017

*[signature]*

Mark Houle
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*　　　　　　　　　　　　　　　　　Page 2　　　　　　　　　　　　　　　　　**F 7055-1.2.DEFAULT.JMT**